# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MORGAN HANCOCK, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:25-CV-00059 (WLS) |
| : | |
| VALDOSTA ORTHOPEDIC : | |
| ASSOCIATES, P.C., : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

## ORDER

The Parties inform the Court that they have settled. (Doc. 8 at 1.) To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal documents in writing no later than **Tuesday, August 26, 2025**, or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause. In the meantime, all deadlines are **STAYED** until August 26.

**SO ORDERED**, this 6th day of August 2025.

>  */s/ W. Louis Sands*
>  **W. LOUIS SANDS, SR. JUDGE**
>  **UNITED STATES DISTRICT COURT**

1