IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MORGAN HANCOCK, | : |
| Plaintiff, | : |
| v. | : CASE NO. 7:25-CV-00059 (WLS) |
| VALDOSTA ORTHOPEDIC ASSOCIATES, P.C., | : |
| Defendant. | : |

## NOTICE OF DISMISSAL

Plaintiff MORGAN HANCOCK, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice. The defendant has not served either an answer or a motion for summary judgment in this action.

Respectfully submitted,

/s/ *Marc N. Garber*
Alan H. Garber
GA Bar No. 283840
Marc N. Garber
GA Bar No. 283847
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd Ste 14
Marietta, GA 30068-5648
678-560-5066 (tel)
ahgarber@garberlaw.net
mngarber@garberlaw.net

*Attorneys for the Plaintiff*

SO ORDERED this 18th day of August 2025.

W. Louis Sands, Sr. Judge
United States District Court

- 1 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 15, 2025, this document was filed with the Clerk using the Court's CM/ECF filing system, which will serve a copy on all counsel of record.

/s/ *Marc N. Garber*
Marc N. Garber