IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MORGAN HANCOCK, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-59 (WLS) |
| | * |
| VALDOSTA ORTHOPEDIC ASSOCIATES PC, | * |
| | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of August, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk